AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

JUL 2 2 2024

**MITCHELL R. ELFERS**
**CLERK OF COURT**

|  |  |
|---|---|
| United States of America<br>v.<br><br>Guillermo Yanez | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 24-1051 MJ

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 15, 2024 _____ in the county of _____ Dona Ana _____ in the _____ District of _____ New Mexico _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession with intent to distribute a controlled substance (methamphetamine) |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | Possession with intent to distribute a controlled substance (fentanyl) |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Buckrop, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 22 Jul 2024

_____
*Judge's signature*

City and state:          Las Cruces, New Mexico

Damian L. Martinez, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. This affidavit is made in support of a criminal complaint charging Guillermo Yanez (Yanez), with violations of 21 U.S.C. § 841(a)(1) and (b)(1)(B), Possession with intent to distribute methamphetamine and fentanyl.

2. I am a Federal Bureau of Investigation (FBI) Special Agent currently assigned to the FBI Albuquerque Division, Las Cruces Resident Agency. I have been an FBI Special Agent since August 2016. Since May 2017, I have been assigned to the FBI Southern New Mexico Safe Streets Gang Task Force (SSGTF) where I currently serve as Task Force Coordinator. In that capacity, I oversee the day-to-day operations of the SSGTF and conduct investigations of criminal organizations, violent repeat offenders, and other federal drug and firearm related crimes. As an FBI Special Agent, I am authorized to investigate crimes involving violations of the Controlled Substances Act.

3. I am familiar with the facts and circumstances of the investigation of Yanez. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Yanez has violated 21 U.S.C. § 841(a)(1) and (b)(1)(B).

4. On May 15, 2024, FBI task force officers (TFOs) and Las Cruces Police Department (LCPD) officers located a vehicle known to be utilized by Yanez at an apartment complex in Las

Cruces, NM. Yanez is part of an ongoing investigation conducted by FBI SSGTF, LCPD, and the Las Cruces/Doña Ana County Metro Narcotics agency ("Metro Narcotics"). Based on the ongoing investigation conducted by FBI SSGTF, LCPD, and Metro Narcotics agents, TFOs and officers were aware that Yanez had an outstanding arrest warrant out of El Paso County, Texas for tampering with evidence related to a narcotics investigation.

5. FBI TFOs and LCPD officers observed Yanez walking to the vehicle known to be utilized by Yanez. TFOs and officers announced themselves as police officers and attempted to affect the arrest of Yanez pursuant to the outstanding arrest warrant. Yanez fled from TFOs and officers on foot and jumped a wall into another apartment complex. Yanez continued to flee on foot from TFOs and officers through the parking lot of the apartment complex until Yanez stopped and laid down on the ground. The TFO caught up to Yanez and placed him in handcuffs. During the foot pursuit through the parking lot, the TFO observed Yanez reaching in his waistband and believed Yanez was attempting to discard contraband and/or retrieve a weapon.

6. During a search incident to arrest of Yanez, the TFO located a plastic bag containing a white crystalline substance (suspected methamphetamine) in Yanez's front left pocket. Later, Yanez also admitted that he had additional methamphetamine in his sock. Another plastic bag was recovered from Yanez's sock. The bags of suspected methamphetamine were turned over to a Metro Narcotics agent where they were sent to the laboratory for analysis. The substances did test positive for methamphetamine and had a total net weight of approximately 25.6 and 3.0 grams, respectively.

7. Later that same morning, an LCPD officer was dispatched back to the same apartment complex that Yanez had been arrested. An employee of the apartment complex provided a container to the LCPD officer which contained suspected narcotics which had been located in an

area of the apartment complex parking lot. FBI TFOs and LCPD officers interviewed the employee and determined that the container was located and recovered in the immediate area of where Yanez had fled from TFOs and officers earlier that morning. The container with the suspected narcotics was provided to the Metro Narcotics agent for evidence and was found to contain blue and green colored "M30" pills (suspected fentanyl-laced pills) and a white powdery substance (suspected powdered fentanyl). Both were sent to the laboratory for analysis and the blue and green pills were found to have a total net weight of approximately 77.5 grams and tested positive for fentanyl. The white powdery substance was found to have a total net weight of approximately 21.7 grams and tested positive for fentanyl.

8. On May 17, 2024, Yanez was interviewed by an FBI Special Agent and an FBI TFO. Yanez was advised of his rights and waived those rights by agreeing to speak with agents. In a post-Miranda statement, Yanez admitted that he fled from officers the morning of May 15, 2024 and had been in possession of the methamphetamine, the fentanyl laced pills, and the powdered fentanyl recovered by agents and officers. Yanez admitted to throwing the container with the fentanyl pills and fentanyl powder so he would not be caught with the drugs on his person. Yanez also admitted that he distributed drugs in order to support his habit as a methamphetamine user.

9. Based on the foregoing, there is probable cause to believe that Guillermo Yanez committed violations of 21 U.S.C. § 841(a)(1) and (b)(1)(B), Possession with intent to distribute methamphetamine and fentanyl.

10. Assistant United States Attorney Maria Armijo approved the charges filed in this criminal complaint.

DATED: 07/22/24

Ryan Buckrop
Special Agent
Federal Bureau of Investigation

Electronically signed and telephonically sworn this 22 day of July 2024.

UNITED STATES MAGISTRATE JUDGE